984

No. 72–324.  CARTER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–325.  STECHER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–329.  SCHRENZEL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–333.  BIBLE *v.* CHEVRON OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–336.  PENAAT *v.* CITY OF SAN JOSE.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 72–337.  ROSS *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 72–340.  CANTWELL ET AL. *v.* BOARD OF TRUSTEES FOR UTILITIES, CITY OF INDIANAPOLIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 72–342.  HANDEL *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–5010.  HAWKINS *v.* CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 72–5019.  CAREF *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 72–5024.  CAMPBELL *v.* GEORGIA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–5050.  WILSON *v.* CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.